**Appeal Dismissed and Memorandum Opinion filed May 22, 2018.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-18-00326-CR

**JORDAN WESLEY KUTACH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 2nd 25th District Court
Colorado County, Texas
Trial Court Cause No. 13-149**

## M E M O R A N D U M     O P I N I O N

Pursuant to a plea bargain agreement with the State, appellant was convicted on January 5, 2015, and sentenced to 30 years' imprisonment. In December 2017, he filed a motion in the trial court for jail time credit for time he spent on home confinement. The trial court denied the motion on March 19, 2018. Appellant filed a notice of appeal from that denial.

Generally, an appeal in a criminal cases may be taken from only a final judgment of conviction. *Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App.

1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). We know of no exception to the general rule that allows an appeal from an order denying a post-conviction motion for jail time credit.

Accordingly, the appeal is dismissed.

PER CURIAM


Panel consists of Justices Boyce, Christopher, and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b).